**Abatement Order filed February 7, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00037-CR
_____

### CHARLES ROBERT WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 9406948**

---

## ABATEMENT ORDER

In this appeal from unfavorable findings after DNA testing, appellant was represented by appointed counsel, Kelly Smith, in the trial court. At the conclusion of the DNA hearing on December 6, 2012, counsel indicated that she would file an appeal on behalf of appellant. On January 31, 2013, appellant advised this court that he is not represented by counsel at this time, but that he is indigent and cannot afford an attorney. Our record does not contain an order appointing counsel for

appeal. Appellant's brief is currently due on or before March 4, 2013. Accordingly, we issue the following order:

The appeal is ordered **ABATED** so that the trial court may appoint appellate counsel for appellant, if the court has not already done so. The court is directed to have a supplemental clerk's record containing an order appointing appellate counsel filed with the clerk of this court, along with a record of any hearing that the trial court may deem necessary. Those records shall be filed with the clerk of this court on or before **March 7, 2013.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental record is filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion.


PER CURIAM